IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| D. MICHAEL JEWETT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:07-mc-00146-CKK |
| IDT CORPORATION, et al., | ) ) | Related Case No. 04-CV-1454 (D. N.J.) |
| Defendants. | ) ) ) ) | |

**DEFENDANTS' UNOPPOSED MOTION AND MEMORANDUM
OF POINTS AND AUTHORITIES FOR LEAVE TO LATE FILE
FIRST STATUS REPORT OF PLAINTIFF AND DEFENDANTS**

Defendants, IDT Corporation, Howard S. Jonas, Motti Lichtenstein, Jack Lerer, David Schropfer, Avi Lazar, Robert Schiff, Michael Levine, Jonathan Levy, Alex Schwarz, James A. Courter, Joyce Mason, and John Cate, through undersigned counsel, respectfully ask this Court's permission to late file the first Status Report of Plaintiff and Defendants. Co-counsel for Defendants have conferred with counsel for Plaintiff, and Plaintiff does not oppose this Motion for Leave to Late File the parties' First Status Report, nor does Plaintiff oppose the First Status Report. Defendants state the following in support.

**STATEMENT OF FACTS**

On April 12, 2007, Defendants initiated this miscellaneous case by filing a Motion to Stay, or in the Alternative, to Quash Plaintiff's Subpoena to the Federal Communications Commission ("Motion to Stay"). The Motion to Stay relates to a subpoena issued in connection

with an underlying action pending in the U.S. District Court for the District of New Jersey, Civ. Action No. 04-CV-1454.

Defendants are represented in this matter by Bingham McCutchen LLP and Coughlin Duffy LLP.  An attorney who was affiliated with Bingham McCutchen LLP at the time that the Motion to Stay was filed signed the Motion to Stay and supporting documents.  That attorney was designated by this Court's Office of the Clerk as Lead Attorney and Attorney to be Noticed for Defendants.  On June 15, 2007, the attorney who signed the Motion to Stay left Bingham McCutchen LLP and no longer is employed at the Firm.

On July 2, 2007, this Court by Minute Order granted Defendants' Motion to Stay.  This Court ordered the parties to provide Status Reports on the progress of the underlying action every 90 days.  The first Status Report should have been filed on or before July 27, 2007.

Electronic notice of this Court's July 2, 2007 Order appears to have been sent to Defendants' Lead Attorney and Attorney to be Noticed, who by then had left Bingham McCutchen, and whose registered e-mail address was no longer functioning.

Undersigned counsel first received notice of this Court's July 2, 2007 Order on August 1, 2007, after inquiries were made by this Court and its Office of the Clerk.  Immediately thereafter, undersigned counsel undertook to correct the error that led to failure of the parties to timely file a status report pursuant to this Court's July 2, 2007 Order.  Undersigned counsel is filing a written notice of entry of appearance at the same time as this Unopposed Motion and Memorandum of Points and Authorities For Leave To Late File First Status Report of Plaintiff and Defendants, so that this error does not occur again.

**REQUESTED RELIEF**

On behalf of the parties, Defendants have attached as Appendix A the First Status Report of Plaintiff and Defendants and respectfully request that this Court accept it as late filed. As explained in the attached First Status Report of Plaintiff and Defendants, counsel for Plaintiff has withdrawn the FCC subpoena and the parties believe that the Motion to Stay before this Court is now moot. Defendants are filing with this Court a Withdrawal of their Motion to Stay without prejudice.

WHEREFORE, Defendants respectfully ask this Court to permit the late filing of the First Status Report of Plaintiffs and Defendants, which is attached to this Motion as Appendix A. A proposed Order is attached.

Respectfully submitted,

 /s/ Ky E. Kirby
Ky E. Kirby (DC Bar #398463)
David M. Lubitz (DC Bar #457558)
Troy Tanner (DC Bar #419388)
BINGHAM MCCUTCHEN LLP
2020 K Street, N.W.
Washington, DC  20006
Telephone (202) 373-6000
Facsimile (202) 373-6001
ky.kirby@bingham.com

Leslie Lajewski
COUGHLIN DUFFY LLLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962-2075
Telephone: (973) 267-0058
Facsimile: (973) 267-6442
llajewski@coughlinduffy.com

Dated: August 2, 2007

# APPENDIX A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| D. MICHAEL JEWETT<br><br>Plaintiff,<br><br>v.<br><br>IDT CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:07-mc-00146-CKK<br>) Related Case No. 04-CV-1454 (D. N.J.)<br>)<br>)<br>)<br>)<br>)<br>) |

## FIRST STATUS REPORT OF PLAINTIFF AND DEFENDANTS

Pursuant to the Minute Order entered in this Court on July 2, 2007, please accept the following as the parties' Status Report as to the progress of the Defendants' Motion for a Discovery Protective Order Pursuant to Rule 26(c) and Motion to Quash Plaintiff's Subpoenas ("Motion for Discovery Protective Order and Motion to Quash"), which were filed in the main/related action of *Jewett v. IDT Corporation, et al.*, New Jersey District Court, Civil Action No. 04-cv-1454 (SRC)(CC). Although Defendants drafted this Status Report, Plaintiff was provided with an opportunity to review it, and approved it in form and substance.

Defendants' Motion for Discovery Protective Order and Motion to Quash remain pending with the U.S. District Court in New Jersey. The New Jersey action was judicially reassigned twice, most recently on June 14, 2007. The new Magistrate Judge, has scheduled an initial status conference for August 8, 2007. The parties expect Defendants' Motion for Discovery

A/72131493.2

Protective Order and Motion to Quash to be addressed at the August 8, 2007 status conference in the New Jersey District Court action.

Notwithstanding the above, Plaintiff has agreed in writing to withdraw the subpoena to the Federal Communications Commission that served as the basis for Defendants' Motion to Stay, or in the Alternative, to Quash Plaintiff's Subpoena to the Federal Communications Commission ("Motion to Stay"), which was filed in this Court. As such, it appears to both parties that Defendants' Motion to Stay is now moot. Based on Plaintiff's representation, Defendants agree to withdraw their Motion to Stay without prejudice, and have filed a Withdrawal with this Court.

William P. Pernicario
The Law Office of William P. Pernicario
84 New Dorp Plaza
Staten Island, New York 10306

Counsel for Plaintiff

Respectfully submitted,

/s/ Ky E. Kirby
Ky E. Kirby (DC Bar #398463)
David M. Lubitz (DC Bar #457558)
Troy Tanner (DC Bar #419388)
BINGHAM MCCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006
Telephone (202) 373-6000
Facsimile (202) 373-6001
ky.kirby@bingham.com

Leslie Lajewski
COUGHLIN DUFFY LLLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962-2075
Telephone: (973) 267-0058
Facsimile: (973) 267-6442
llajewski@coughlinduffy.com

Counsel for Defendants

A/72131493.2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D. MICHAEL JEWETT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-mc-00146-CKK |
| ) | |
| IDT CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

THIS CAUSE comes before the Court on Defendants' Unopposed Motion and Memorandum of Points and Authorities for Leave To Late File First Status Report of Plaintiff and Defendants ("Defendants' Unopposed Motion"); the First Status Report of Plaintiff and Defendants, which is attached as Appendix A to Defendants' Unopposed Motion; and Defendants' Withdrawal of Motion to Stay, or in the Alternative, to Quash Plaintiff's Subpoena to the Federal Communications Commission Without Prejudice.

This Court has considered Defendants' Unopposed Motion, the parties' First Status Report, and the Withdrawal, and finds good cause to permit filing of the First Status Report as of the date of this Order and close this case. Therefore,

Defendant's Unopposed Motion is hereby GRANTED;

The First Status Report of Plaintiff and Defendants is hereby FILED; and,

This case shall be CLOSED.

SO ORDERED, this _____ day of _____, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D. MICHAEL JEWETT, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07-mc-00146-CKK |
| IDT CORPORATION, et al., ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2007, a true and correct copy of Defendants' Unopposed Motion and Memorandum of Points and Authorities For Leave To Late File First Status Report; First Status Report of Plaintiff and Defendants; Withdrawal of Defendants' Motion to Stay, or in the Alternative, to Quash Plaintiff's Subpoena to the Federal Communications Commission Without Prejudice; proposed Order; and written entry of appearance of Ky E. Kirby, were served by Federal Express on:

William P. Perniciaro
The Law Office of William P. Perniciaro
84 New Dorp Plaza
Staten Island, New York 10306

                                                               /s/ Ky E. Kirby_____
                                                                Ky E. Kirby