IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D. MICHAEL JEWETT )<br><br>　　　　Plaintiff, )<br><br>　v. )<br>　　　　　　　　　　　　　　　　)<br>IDT CORPORATION, et al., )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendants. ) | Case No.  1:07-mc-00146-CKK<br>Related Case No. 04-CV-1454 (D. N.J.) |

## WITHDRAWAL OF DEFENDANTS' MOTION FOR STAY, OR IN THE ALTERNATIVE, TO QUASH PLAINTIFF'S SUBPOENA TO THE FEDERAL COMMUNICATIONS COMMISSION WITHOUT PREJUDICE

Based on Plaintiff's withdrawal of the subpoena issued to the Federal Communications Commission ("FCC"), Defendants, IDT Corporation, Howard S. Jonas, Motti Lichtenstein, Jack Lerer, David Schropfer, Avi Lazar, Robert Schiff, Michael Levine, Jonathan Levy, Alex Schwarz, James A. Courter, Joyce Mason, and John Cate, hereby withdraw their Motion to Stay, or in the Alternative, to Quash Plaintiff's Subpoena to the FCC (Docket Entry #1), without prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　 /s/ Ky E. Kirby
　　　　　　　　　　　　　　　　　　　Ky E. Kirby (DC Bar #398463)
　　　　　　　　　　　　　　　　　　　David M. Lubitz (DC Bar #457558)
　　　　　　　　　　　　　　　　　　　Troy Tanner (DC Bar #419388)
　　　　　　　　　　　　　　　　　　　BINGHAM MCCUTCHEN LLP
　　　　　　　　　　　　　　　　　　　2020 K Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC  20006
　　　　　　　　　　　　　　　　　　　Telephone (202) 373-6000
　　　　　　　　　　　　　　　　　　　Facsimile (202) 373-6001
　　　　　　　　　　　　　　　　　　　ky.kirby@bingham.com

A/72131972.1

                                                          Leslie Lajewski
                                                          COUGHLIN DUFFY LLLP
                                                          350 Mount Kemble Avenue
                                                          P.O. Box 1917
                                                          Morristown, New Jersey 07962-2075
                                                          Telephone: (973) 267-0058
                                                          Facsimile: (973) 267-6442
                                                          llajewski@coughlinduffy.com

Dated: August 2, 2007

A/72131972.1