A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

D. MICHAEL JEWETT

       Plaintiff(s)

vs.

IDT CORPORATION et al.

       Defendant(s)

**APPEARANCE**

CASE NUMBER   1:07-mc-00146-CKK

To the Clerk of this court and all parties of record:

Please enter the appearance of  Ky E. Kirby  as counsel in this
                                        (Attorney's Name)

case for:  IDT Corporation and all individual defendants
            (Name of party or parties)


August 1, 2007
Date

#398463
BAR IDENTIFICATION

/s/ Ky E. Kirby
Signature

Ky E. Kirby/BINGHAM MCCUTCHEN LLP
Print Name

2020 K Street, N.W.
Address

Washington, DC    20006
City    State    Zip Code

(202) 373-6795
Phone Number